COMMONWEALTH of Pennsylvania, Respondent

v.

Michael John SETLOCK, Jr., Petitioner

No. 870 MAL 2016

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

**AND NOW,** this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Richard Eugene LAWRENCE, Petitioner

No. 862 MAL 2016

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

**AND NOW,** this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Cheryl Ann KUNKLE, Petitioner

No. 864 MAL 2016

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

**AND NOW,** this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**